# **<u>EXHIBIT A</u>**

# FOOD NETWORK MAGAZINE Mailing List

Food Network Magazine, published by Hearst Magazines in partnership with Food Network, is the best-selling epicurean magazine, offering pages of accessible recipes, tips on entertaining, and unprecedented access to America's favorite culinary stars. Every issue is packed with mouth-watering recipes, useful cooking tips, food products, sample menus, restaurant reviews, and behind-the-scenes looks at some of the network's most popular shows.

**Get Count**    **Get Pricing**    **Get More Information**

| SEGMENTS | COUNTS THROUGH 10/12/2021 | |
|---|---|---|
| 853,164 | TOTAL UNIVERSE / BASE RATE | $115.00/M |
| 853,164 | ACTIVE U.S. SUBSCRIBERS | $115.00/M |
| 52,711 | SEP'21 SUBSCRIBERS | + $17.00/M |
| 166,422 | 3 MONTH SUBSCRIBERS | + $14.00/M |
| 363,755 | 6 MONTH SUBSCRIBERS | + $12.00/M |
| 326,348 | 12 MONTH EXPIRES | $60.00/M |
| 50,871 | CHANGE OF ADDRESS | + $13.00/M |
| 24,093 | CANADIAN SUBSCRIBERS | $130.00/M |
| | CATALOG/MERCHANDISE RATE | $80.00/M |
| | CHARITABLE FUNDRAISING | $80.00/M |

## DESCRIPTION

Food Network Magazine, published by Hearst Magazines in partnership with Food Network,

is the best-selling epicurean magazine,

offering pages of accessible recipes, tips on entertaining, and unprecedented access to America's favorite culinary stars. Every issue is packed with mouth-watering recipes, useful cooking tips, food products, sample menus, restaurant reviews, and behind-the-scenes looks at some of the network's most popular shows.

Subscribers are food lovers of all ages and culinary abilities. They embrace the diversity of cooking styles and cuisines and are passionate about food, entertaining, travel, and culture.

```
************** Fast Facts *****************
Median Age.............................42.6
Age 18-34..............................37.8%
Age 18-49..............................63.0%
Age 25-54..............................55.8%
Median HHI.........................$72,800
HHI $75,000+...........................48.4%
HHI $100,000+..........................33.9%
Married/Engaged/Partnered..............66.0%
Any Children...........................48.4%
Any College............................62.8%
Employed...............................62.4%
*********************************************
```

## ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #536327 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 7,500 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE

| | |
|---|---|
| POPULARITY: | ===== 100 |
| MARKET: | CONSUMER |
| CHANNELS: | 📧 🏠 |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 71% FEMALE 16% MALE |
| SPENDING: | $12.00 AVERAGE ORDER |

### SELECTS

| | |
|---|---|
| 1 MONTH HOTLINE | $17.00/M |
| 3 MONTH HOTLINE | $14.00/M |
| 3RD PARTY BLOW IN | $10.00/M |
| 6 MONTH HOTLINE | $12.00/M |
| ADULT AGE | $16.00/M |
| AREA OF INTEREST | $16.00/M |
| COA | $13.00/M |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $9.00/M |
| GIFT GIVERS | $16.00/M |
| INCOME SELECT | $16.00/M |
| NEW TO FILE | $16.00/M |
| NON RECIPROCAL | $10.00/M |
| PAID | $12.00/M |
| POC | $16.00/M |
| POLITICAL PARTY | $20.00/M |
| PROVINCE | $9.00/M |
| RELIGION | $16.00/M |
| RENEWALS | $16.00/M |
| SCF | $9.00/M |
| SOURCE | $12.00/M |
| STATE | $9.00/M |
| ZIP | $9.00/M |
| ZIP SET UP | $75.00/F |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $2.00/M |
| BUSINESS ADDRESS | $11.00/M |
| EMAIL | $75.00/F |
| FTP | $75.00/F |

### RELATED LISTS

- COOK'S ILLUSTRATED
- WILAND PUBLISHING/SUBSCRIBER DATABASE
- FOOD & WINE MAGAZINE
- NUTRITION ACTION HEALTHLETTER U.S. SUBSCRIBERS
- BON APPETIT MAGAZINE & ENHANCED
- MILK STREET MAGAZINE
- HGTV MAGAZINE
- MARTHA STEWART LIVING
- AUDIENCEFIRST INSIGHTS - CHARITABLE DONORS
- MAYO CLINIC HEALTH LETTER