# **EXHIBIT B**

# HEARST CORPORATE MASTERFILE & ENHANCED Mailing List

Hearst is one of the world's largest publishers of monthly magazines and lifestyle books, covering a broad range of topics including cooking, fashion and beauty, health and fitness, home design and decorating, relationships, and luxury lifestyles.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 04/06/2021 |
|---|---|---|
| 9,108,589 | TOTAL UNIVERSE / BASE RATE | $115.00/M |
| 9,108,589 | ACTIVE SUBS/BOOK BUYERS | $115.00/M |
| 723,523 | MAR'21 SUBS/BOOK BUYERS | + $17.00/M |
| 2,465,169 | 3 MONTH SUBS/BOOK BUYERS | + $14.00/M |
| 3,462,014 | 6 MONTH SUBS/BOOK BUYERS | + $12.00/M |
| 3,337,070 | 12 MONTH EXPIRES | $60.00/M |
| 529,836 | CHANGE OF ADDRESS | + $13.00/M |
| 5,586,073 | E-MAIL ADDRESSES | |
| | CATALOG/MERCHANDISE RATE | $80.00/M |
| | CHARITABLE FUNDRAISING | $80.00/M |

| POPULARITY: | █████ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 62% FEMALE 25% MALE |
| SPENDING: | $18.00 AVERAGE ORDER |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $17.00/M |
| 3 MONTH HOTLINE | $14.00/M |
| 3RD PARTY BLOW IN | $10.00/M |
| 6 MONTH HOTLINE | $12.00/M |
| ADULT AGE | $16.00/M |
| AREA OF INTEREST | $16.00/M |
| COA | $13.00/M |
| CONTRIBUTERS/DONORS | $16.00/M |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $9.00/M |
| GIFT GIVERS | $16.00/M |
| INCOME SELECT | $16.00/M |
| NEW TO FILE | $16.00/M |
| NON RECIPROCAL | $10.00/M |
| PAID | $12.00/M |
| POC | $16.00/M |
| POLITICAL PARTY | $20.00/M |
| RELIGION | $16.00/M |
| RENEWALS | $16.00/M |
| SCF | $9.00/M |
| SOURCE | $12.00/M |
| STATE | $9.00/M |
| ZIP | $9.00/M |
| ZIP SET UP | $75.00/F |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| BUSINESS ADDRESS | $11.00/M |
| EMAIL | $75.00/F |
| FTP | $75.00/F |

## DESCRIPTION

Hearst is one of the world's largest publishers of monthly magazines and lifestyle books, covering a broad range of topics including cooking, fashion and beauty, health and fitness, home design and decorating, relationships, and luxury lifestyles.


Their powerful portfolio of brands provides a dynamic audience of sophisticated men and women.
Hearst has enhanced these magazine subscribers and buyers with ConsumerView consumer demographic and lifestyle data, creating a merged and deduped masterfile of highly sought-after consumers.

Magazine titles include Bicycling, Car and Driver, Cosmopolitan, Country Living, Elle, Elle Decor, Esquire, Food Network Magazine, Good Housekeeping, Harper's Bazaar, HGTV Magazine, House Beautiful, Marie Claire, Men's Health, Popular Mechanics, Prevention, Road & Track, Runner's World, Town and Country, Veranda, Woman's Day, and Women's Health.

Hearst Specialty Masterfiles available:

Home Masterfile - includes Country Living, Elle Décor, HGTV, House Beautiful, Town & Country, Veranda

Lifestyle Masterfile - includes Food Network Magazine, Good Housekeeping, Woman's Day

Men's Masterfile - includes Car and Driver, Esquire, Men's Health, Popular Mechanics, Road & Track

Women's Masterfile - includes Cosmopolitan, Elle, Harper's Bazaar, Marie Claire, Women's Health

**************Fast Facts*********************
Average Age................................53
Average Income.........................$79,000
**************************************************

Interest selects available at +$16.00/M include:
    Bible Devotional
    Book Readers
    Collectibles
    Contributors/Donors
    Cooking
    Crafts

### RELATED LISTS

- WILAND PUBLISHING/SUBSCRIBER DATABASE
- CONSUMER REPORTS
- COLONY BRANDS CATALOGS - MASTERFILE FOR FUNDRAISERS
- MAYO CLINIC HEALTH LETTER
- PUBLISHERS CLEARING HOUSE MERCHANDISE BUYERS WILAND
- NONPROFIT/FUNDRAISING/DONOR DATABASE
- I-BEHAVIOR DATABASE
- CONDE NAST CORPORATE ENHANCED MASTERFILE
- MEREDITH DATABASE - MASTERFILE
- THE SATURDAY EVENING POST