UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARIBEL RAMIREZ, et al.,                                    :
                Plaintiffs,              :
:      21 Civ. 9109
       -against-                                    :
:
HEARST COMMUNICATIONS, INC.,                                :
                Defendant.               :
------------------------------------------------------------X
MAGDA LOPEZ, *individually and on behalf of*                :
*all others similarly situated,*                            :      21 Civ. 9334
                Plaintiff(s),            :
:      ORDER
       -against-                                    :
:
HEARST COMMUNICATIONS, INC.,                                :
                Defendant.    X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the above-captioned cases both involve lawsuits under Puerto Rico's Right of Publicity Act against the same defendant. It is hereby

       **ORDERED** that by **November 23, 2021**, the parties are directed to file separate letters stating why the actions should not be consolidated.

Dated: November 16, 2021
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**