```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARIBEL RAMIREZ, individually and on behalf                 :
of all others similarly situated,                           :
                                                            :
                              Plaintiffs,                   :    21 Civ. 9109 (LGS)
                                                            :
              -against-                                     :
                                                            :
HEARST COMMUNICATIONS, INC.,                                :
                              Defendant,                    :
                                                            :
                                                            X
------------------------------------------------------------
------------------------------------------------------------X
                                                            :
MAGDA LOPEZ, individually and on behalf of all              :
others similarly situated,                                  :
                                                            :
                              Plaintiffs,                   :    21 Civ. 9334 (LGS)
                                                            :          ORDER
              -against-                                     :
                                                            :
HEARST COMMUNICATIONS, INC.,                                :
                              Defendant,                    :
                                                            :
                                                            X
------------------------------------------------------------
```

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the parties in the above-captioned cases were directed to submit letters stating why the cases should not be consolidated.

WHEREAS, no party opposes consolidation.  It is hereby

**ORDERED** that the Clerk of Court shall consolidate case 21 Civ. 9109 (as lead case) with case 21 Civ. 9334.  All filings made after the issuance of this Order in connection with the above-captioned cases shall be entered in the docket of the lowest-numbered case, 21 Civ. 9109.

After consolidation, the Clerk of Court shall amend the caption of this consolidated action to be: "Maribel Ramirez, et al. v. Hearst Communications, Inc." The Clerk of Court is further directed to close the higher-numbered case, 21 Civ. 9334.

Dated: November 24, 2021
      New York, New York

                                                 LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE